CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO.: 19-09229　　　　　　　　　　　　　　　　　　　　　　DIVISION "N-08"

MYRA ASHMORE

VERSUS

DOLGENCORP, LLC D/B/A DOLLAR GENERAL CORPORATION

FILED:_____　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　DEPUTY CLERK

## MEMORANDUM IN OPPOSITION TO DEFENDANT'S EXCEPTION OF INSUFFICIENCY OF SERVICE OF PROCESS

Plaintiff fax-filed the petition herein on September 3, 2019. (Exhibit I) Therein, plaintiff requested service on defendant, Dolgencorp, LLC D/B/A Dollar General Corporation.

On September 5th, 2019, plaintiff sent a letter to the Clerk of Court along with a copy of the signed petition (Exhibit II) and Check#: 1681 payable to the clerk of court for $523.00 and Check#: 1682 payable to the Civil Sheriff for $50.00. (Exhibit III and IV) The petition requested service on defendant.

Shortly after the filing of the original petition, plaintiff discovered the identity of the defendant-employee involved in the alleged incident. On September 24, 2019, plaintiff filed an Amended Petition (Exhibit V) adding defendant, Renee Quinn, along with the original petition with Check#: 1697 payable to the clerk of court for $167.00 and Check#: 1698 payable to the Civil Sheriff for $83.00. (Exhibit VI and VII) Plaintiff attached a cover letter. (Exhibit VIII) In both the amended petition and original petition enclosed and in the letter, plaintiff requested service.

Plaintiff checked on service of the amended petition and found out that the petition and citation had not been sent out. The clerk of court advised plaintiff that plaintiff needed to send additional funds. Plaintiff, in October of 2020, again by letter (Exhibit IX), requested a re-issuance of service and sent Check#: 1970 payable to the Civil Sheriff for $30.00 and a check payable to East Baton Rouge Sheriff for $33.36. (Exhibit X and XI)

When plaintiff checked again, he was told that more funds were needed. On April 23, plaintiff sent a letter requesting service. (Exhibit XII) Again, Check#: 2104 payable to the Civil Sheriff for $30.00 and Check#: 2105 payable to East Baton Rouge Sheriff for $33.36 were sent in April of 2021. (Exhibit XIII and XIV)

Defendant's memorandum in support of its Exception of Insufficiency of Service of

Process relies almost entirely on **Ayers v. Goodwill Industries**, 870 So.2d 348 (4th Cir., 2004).

That case is quite distinguishable from the present matter. There, plaintiff filed in forma pauperis and never checked that the pauper had been approved. Since a request to proceed in forma pauperis is not a right but a discretionary decision requiring court approval, it is reasonable to require a plaintiff to follow up on a request to proceed in forma pauperos.

Here, plaintiff sent checks to the clerk and the sheriff. In all, ten (10) checks were sent. The Orleans Parish Civil Sheriff has a long-standing history of informing a party if additional funds are needed. At no time did this occur until plaintiff contacted the clerk and sheriff. Each time, plaintiff had to call the sheriff or the clerk and each time, plaintiff complied with the information told to him by the clerk or sheriff and sent what was requested.

As shown, in October of 2020 plaintiff called the sheriff and sent what was requested of him. The amount requested by the sheriff was insufficient. When the citation was not sent, plaintiff had to send additional funds that had not been requested when plaintiff called in October of 2020. The total amount due was not told to plaintiff until 2021 when plaintiff again inquired about the service.

In summary, plaintiff requested service in the original fax-filed petition on September 3, 2019, in the mail filed petition, filed on September 5, 2019, in the amended petition filed by mail on September 24, 2019, in the original petition attached to the amended petition in the accompanying letter dated September 24, 2019, in a letter of October, 2020 and in a letter of April 23, 2021. That is seven (7) requests for service.

La. Code of Civil Procedure Art. 1072(c) reads in part:

> "C. A judgment dismissing an action without prejudice shall be rendered as to a person named as a defendant for whom service has not been requested within the time prescribed by Article 1201(C) or 3955 upon the sustaining of a declinatory exception filed by such defendant, or upon contradictory motion of any other party, unless good cause is shown why service could not be requested, in which case the court may order that service be effected within a specified time."

The statute does not mandate that service be effected within ninety (90) days but only that it be requested within ninety (90) days. Seven (7) requests for service should satisfy the requirement of Art. 1672(c).


Respectfully submitted,

LOUIS A. GERDES, JR. (#6030)
1739 St. Bernard Avenue
New Orleans, Louisiana 70116
(504) 822-4110

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Memorandum has been forwarded to all counsel of record, by United States mail, postage prepaid and properly addressed, this 26th day of October, 2021.

LOUIS A. GERDES, JR.

LOUIS A. GERDES, JR.
A PROFESSIONAL LAW CORPORATION
TELEPHONE: (504) 822-4110
FACSIMILE: (504) 945-0420

## FACSIMILE TRANSMITTAL SHEET

| | |
|---|---|
| TO: Clerk of Court, CDC | FROM: Louis A. Gerdes, Jr. |
| COMPANY: Louis A. Gerdes, Jr. | DATE: 9/3/19 |
| FAX NUMBER: (504) 592-9128 | TOTAL NO. OF PAGES, INCLUDING COVER: 3 |
| PHONE NUMBER: (504) 407-0400 | SENDER'S REFERENCE NUMBER: |
| RE: Myra Ashmore v. Dolgencorp, et al | YOUR REFERENCE NUMBER: |

☐ URGENT  ☐ FOR REVIEW  ☐ PLEASE COMMENT  ☐ PLEASE REPLY  ☐ PLEASE RECYCLE

NOTES/COMMENTS:

Please fax file the attached Petition for Damages in the above captioned matter and fax mail a confirmation of same to me in my office at (504) 945 0420. Thank you.

**EXHIBIT I**

1739 ST. BERNARD AVENUE, NEW ORLEANS, LA 70116

TRANSMISSION VERIFICATION REPORT

```
TIME   : 09/03/2019 04:09PM
NAME   : LOUIS A GERDES JR
FAX    : 9450420
TEL    : 8224110
SER.#  : U63887K6N205982
```

```
DATE,TIME              09/03  04:09PM
FAX NO./NAME           5929128
DURATION               00:00:38
PAGE(S)                03
                       COVERPAGE
RESULT                 OK
MODE                   STANDARD
                       ECM
```

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO.:     DIVISION "  "     DOCKET NO.

MYRA ASHMORE

VERSUS

DOLGENCORP, LLC D/B/A DOLLAR GENERAL CORPORATION

FILED: _____    _____
                                    DEPUTY CLERK

## PETITION FOR DAMAGES

The petition of MYRA ASHMORE, a person of the full age of majority, domiciled in the Parish of Orleans, State of Louisiana, who avers as follows:

I.

That made a defendant herein is: DOLGENCORP, LLC D/B/A DOLLAR GENERAL CORPORATION, a company authorized to do and doing business in the Parish of Orleans, State of Louisiana.

II.

That defendants, **DOLGENCORP, LLC D/B/A DOLLAR GENERAL CORPORATION**, is indebted unto your petitioner in the following respects, to-wit:

III.

That on or about September 1, 2018, petitioner, MYRA ASHMORE, was a patron at defendant, DOLGENCORP, LLC D/B/A DOLLAR GENERAL CORPORATION, located on Morrison Road when suddenly and without warning as plaintiff, MYRA ASHMORE, turned and fell over a pallet. Since there was no product (cases of water around the whole perimeter of the pallet). Plaintiff did not see that the base extended out over a foot from the stack of bottled water. That as a result of defendant's negligence petitioner was forced to seek professional medical attention for injuries sustained in this accident.

IV.

That the accident was caused by the gross and wanton negligence of defendant and an employee of defendant, DOLGENCORP, LLC D/B/A DOLLAR GENERAL CORPORATION, in the following respects:

        A.    Failure to consider the safety of others;
        B.    Failure to properly maintain their property;
        C.    Failure to warn and/or caution patrons of any danger on the premises;
        D.    Negligent for allowing an inexperienced and unskilled person maintenance their property;

    E.    Negligent for not properly stacking and storing merchandise on their property; and

    E.    All other acts of negligence which may be proven at or prior to the trial of this matter.

All in accordance with the Ordinances of the Parish of Orleans, State of Louisiana.

### V.

Petitioner itemizes her damages as follows:

A.  MENTAL ANGUISH AND PAIN,
     PAST, PRESENT & FUTURE. . . . . . . . . . .
B.  MEDICAL EXPENSES
     PAST, PRESENT & FUTURE. . . . . . . . . . .
C.  PHYSICAL PAIN AND SUFFERING,
     PAST, PRESENT & FUTURE. . . . . . . . . . .

### VI.

That petitioner requests amicable demand to no avail.

WHEREFORE, petitioners pray that the defendants be served with a copy of this petition and cited to appear and answer same and that after due proceedings had there be judgment in favor of petitioner, MYRA ASHMORE, and against defendants, **DOLGENCORP, LLC D/B/A DOLLAR GENERAL CORPORATION**, as prayed, together with legal interest thereon from the date of judicial demand until paid, for all costs of these proceedings, attorney's fees and for all general and equitable relief.

                                            Respectfully submitted,

                                            _____
                                            LOUIS A. GERDES, JR. (#6030)
                                            1739 St. Bernard Avenue
                                            New Orleans, Louisiana 70116
                                            (504) 822-4110

PLEASE SERVE:

DOLGENCORP, LLC D/B/A DOLLAR GENERAL CORPORATION
Through its agent for service of process
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, LA 70802

# LOUIS A. GERDES, JR.
# A PROFESSIONAL LAW CORPORATION

1739 St. Bernard Avenue
New Orleans, LA 70116
Telephone: (504) 822-4110
Facsimile: (504) 945-0420
Email: lgerdes@nocoxmail.com

September 5, 2019

Clerk of Court
Civil District Court
Parish of Orleans
421 Loyola Avenue
New Orleans, LA 70112

        RE:    Myra Ashmore v. Dolgencorp, LLC
        CDC#:    19-9229

Dear Sir or Ma'am:

Please file the original fax-filed Petition for Damages in the above captioned matter and forward a filed copy of same to me in my office.

Enclosed, please find the fees for this service.

Thank you for your cooperation.

Sincerely,


Louis A. Gerdes, Jr.
Attorney at Law

*[Handwritten note: Amend Petition serve on Sullivan]*

**EXHIBIT II**



CHELSEY RICHARD NAPOLEON
CLERK OF CIVIL DISTRICT COURT
FOR THE PARISH OF ORLEANS
421 LOYOLA AVENUE - ROOM 402
NEW ORLEANS, LA 70112
504-...

| | |
|---|---|
| Receipt | 9/2019 5:15:00 PM |
| Receipt Number | 78542 |
| Cashier | ehankston |
| Register | CDC Cash Register 1 |
| Case Number | 2019 - 09229 |
| Grand Total | $ 523.00 |
| Amount Received | $ 523.00 |
| Balance Due | $ 0.00 |
| Over Payment | $ 0.00 |

Payment / Transaction List
Check # 1681 $523.00

| Item | Charged | Paid | Bal |
|---|---|---|---|
| Petition ... ...ages | $444.50 | $444.50 | $0.00 |
| Tax Fund | $7.50 | $7.50 | $0.00 |
| ... ...cial College | $0.50 | $0.50 | $0.00 |
| Building Fund Fee | $25.00 | $25.00 | $0.00 |
| Indigent Legal Fee | $10.00 | $10.00 | $0.00 |
| SC | $25.50 | $25.50 | $0.00 |
| Supreme Court - Processing Fee | $10.00 | $10.00 | $0.00 |

**EXHIBIT III AND EXHIBIT IV**

# LOUIS A. GERDES, JR.
# A PROFESSIONAL LAW CORPORATION

1739 St. Bernard Avenue
New Orleans, LA 70116
Telephone: (504) 822-4110
Facsimile: (504) 945-0420
Email: Lgerdes@nocoxmail.com

September 24, 2019

Clerk of Court
Civil District Court
Parish of Orleans
421 Loyola Avenue
New Orleans, LA 70112

                              RE:    Myra Ashmore v. Dolgencorp, LLC, et al
                                        CDC#:         19-9229

Dear Sir or Ma'am:

Please file and serve the enclosed Amended Petition in the above captioned matter and forward a filed copy of same to me in my office.

Enclosed, please find the fees for this service.

Thank you for your cooperation.

Sincerely,


Louis A. Gerdes, Jr.
Attorney at Law


**EXHIBIT V**

FILED

# CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
## STATE OF LOUISIANA

NO.: 19-9229

MYRA ASHMORE

VERSUS

DOLGENCORP, LLC, ET AL

FILED:_____    _____
                                    **DEPUTY CLERK**

## AMENDED PETITION

NOW INTO COURT, comes petitioner, Myra Ashmore, who avers as follows:

I.

Added as a defendant herein is: RENEE QUINN, a person of the full age of majority, domiciled in the Parish of Orleans, State of Louisiana.

II.

That defendant, RENEE QUINN, is jointly and solidarily negligent with defendants, DOLGENCORP, LLC D/B/A DOLLAR GENERAL CORPORATION, in this matter.

III.

That all allegations made against defendants, DOLGENCORP, LLC D/B/A DOLLAR GENERAL CORPORATION, are re-alleged against defendant, RENEE QUINN, in this matter.

IV.

That defendant, RENEE QUINN, is negligent in the following respects, to-wit:

A. Failure to consider the safety of others;
B. Failure to maintain the property;
C. Failure to warn and/or caution patrons of any danger on the premises;
D. Negligent for allowing an inexperienced and unskilled person maintenance the property;
E. Failure to properly hire and train employees;
F. Failure to properly supervise the stacking and storing of merchandise on the property; and
G. All other acts of negligence which may be proven at or prior to the trial of this matter.

WHEREFORE, plaintiffs pray that this petition be filed and that there be judgment as prayed for in the original petition except for the amendment made above.

Respectfully submitted,

LOUIS A. GERDES, JR. (#6030)
1739 St. Bernard Avenue
New Orleans, Louisiana 70116
(504) 822-4110

## ORDER

Considering the foregoing,

Let the above amended petition be filed herein.

NEW ORLEANS, LOUISIANA, THIS OCT 0 1 2019 DAY OF ~~SEPTEMBER, 2019.~~

(Sgd.) Ethel S. Julien

---
J U D G E

PLEASE SERVE:

DOLGENCORP, LLC D/B/A DOLLAR GENERAL CORPORATION
With the original and amended petition
Through its agent for service of process
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, LA 70802

RENEE QUINN
With the original and amended petition
Through her place of employment
2841 S. Claiborne Avenue
New Orleans, LA 70125

A TRUE COPY
DEPUTY CLERK, C.D.C. DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

**CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS**

**STATE OF LOUISIANA**

NO.: 19-9229    DIVISION "    "  N    DOCKET NO. 8

FILED    SEP 03 2019
CLERKS OFFICE
CIVIL DISTRICT COURT

**MYRA ASHMORE**

**VERSUS**

**DOLGENCORP, LLC D/B/A DOLLAR GENERAL CORPORATION**

FILED:_____    _____
                                      **DEPUTY CLERK**

**PETITION FOR DAMAGES**

The petition of MYRA ASHMORE, a person of the full age of majority, domiciled in the Parish of Orleans, State of Louisiana, who avers as follows:

I.

That made a defendant herein is: DOLGENCORP, LLC D/B/A DOLLAR GENERAL CORPORATION, a company authorized to do and doing business in the Parish of Orleans, State of Louisiana.

II.

That defendants, **DOLGENCORP, LLC D/B/A DOLLAR GENERAL CORPORATION**, is indebted unto your petitioner in the following respects, to-wit:

III.

That on or about September 1, 2018, petitioner, MYRA ASHMORE, was a patron at defendant, DOLGENCORP, LLC D/B/A DOLLAR GENERAL CORPORATION, located on Morrison Road when suddenly and without warning as plaintiff, MYRA ASHMORE, turned and fell over a pallet. Since there was no product (cases of water around the whole perimeter of the pallet). Plaintiff did not see that the base extended out over a foot from the stack of bottled water. That as a result of defendant's negligence petitioner was forced to seek professional medical attention for injuries sustained in this accident.

IV.

That the accident was caused by the gross and wanton negligence of defendant and an employee of defendant, DOLGENCORP, LLC D/B/A DOLLAR GENERAL CORPORATION, in the following respects:

      A.    Failure to consider the safety of others;
      B.    Failure to properly maintain their property;
      C.    Failure to warn and/or caution patrons of any danger on the premises;
      D.    Negligent for allowing an inexperienced and unskilled person maintenance their property;

    E.    Negligent for not properly stacking and storing merchandise on their property; and

    E.    All other acts of negligence which may be proven at or prior to the trial of this matter.

All in accordance with the Ordinances of the Parish of Orleans, State of Louisiana.

### V.

Petitioner itemizes her damages as follows:

A. MENTAL ANGUISH AND PAIN,
    PAST, PRESENT & FUTURE............
B. MEDICAL EXPENSES
    PAST, PRESENT & FUTURE............
C. PHYSICAL PAIN AND SUFFERING,
    PAST, PRESENT & FUTURE...........

### VI.

That petitioner requests amicable demand to no avail.

WHEREFORE, petitioners pray that the defendants be served with a copy of this petition and cited to appear and answer same and that after due proceedings had there be judgment in favor of petitioner, MYRA ASHMORE, and against defendants, **DOLGENCORP, LLC D/B/A DOLLAR GENERAL CORPORATION**, as prayed, together with legal interest thereon from the date of judicial demand until paid, for all costs of these proceedings, attorney's fees and for all general and equitable relief.

Respectfully submitted,

LOUIS A. GERDES, JR. (#6030)
1739 St. Bernard Avenue
New Orleans, Louisiana 70116
(504) 822-4110

PLEASE SERVE:

DOLGENCORP, LLC D/B/A DOLLAR GENERAL CORPORATION
Through its agent for service of process
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, LA 70802



**EXHIBIT VI AND EXHIBIT VII**

# *LOUIS A. GERDES, JR.*
# *A PROFESSIONAL LAW CORPORATION*

1739 St. Bernard Avenue
New Orleans, LA 70116
Telephone: (504) 822-4110
Facsimile: (504) 945-0420
Email: Lagerdeslaw@gmail.com

October 1, 2020

Clerk of Court
Civil District Court
Parish of Orleans
421 Loyola Avenue
New Orleans, LA 70112

                RE:    Myra Ashmore v. Dolgencorp, LLC, et al
                     CDC#:    19-9229

Dear Sir or Ma'am:

Please re-issue service of the enclosed Amended Petition on the following defendant:

Dolgencorp, LLC D/B/A Dollar General Corporation
With the original and amended petition
Through its agent for service of process
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, LA 70802

Enclosed, please find the fees for this service.

Thank you for your cooperation.

Sincerely,


Louis A. Gerdes, Jr.
Attorney at Law

LAGjr/nm

**EXHIBIT IX**



**EXHIBIT X AND EXHIBIT XI**

# LOUIS A. GERDES, JR.
# A PROFESSIONAL LAW CORPORATION

1739 St. Bernard Avenue
New Orleans, LA 70116
Telephone: (504) 822-4110
Facsimile: (504) 945-0420
Email: Lagerdeslaw@gmail.com

April 23, 2021

Clerk of Court
Civil District Court
Parish of Orleans
421 Loyola Avenue
New Orleans, LA 70112

                     RE:    Myra Ashmore v. Dolgencorp, LLC, et al
                     CDC#:       19-09229

Dear Sir or Ma'am:

Please reissue a Citation of the enclosed Amended Petition in the above captioned matter on the following defendant:

Dolgencorp, LLC, d/b/a Dollar General Corporation
Through its agent for service of process
Corporation Service Company
501 Louisiana Avenue
Baton Rouge, LA 70802

Enclosed, please find the fees for this service.

Thank you for your cooperation.

Sincerely,

Louis A. Gerdes, Jr.
Attorney at Law

LAGjr/nm

*Served - 6/4/2021*

**EXHIBIT XII**



EXHIBIT XIII AND EXHIBIT XIV